UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAPC LLC,

    Plaintiff,

v.

JOSE L. RODRIGUEZ, et al.,

    Defendants.
_____/

No. C 12-02476 DMR

**ORDER FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

On May 15, 2012, Defendant Juan Carlos Lopez, appearing pro se, filed a notice of removal and an application to proceed in forma pauperis in this action. The Court has made several attempts to obtain Defendant's consent or declination to proceed before a United States Magistrate Judge. Because the necessary consents have not been secured, the Clerk of this Court will now randomly reassign this case to a United States District Judge.

Any matters presently set before the undersigned Magistrate Judge will be taken off calendar and new dates will be set before the reassigned district judge.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
DONNA M. RYU
United States Magistrate Judge