IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH,

    Plaintiff,

v.

PAUL PAYNE, et al.,

    Defendants.

No. CV 12-01732 DMR

**ORDER FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

On April 6, 2012, Plaintiff Gwendolyn Smith, appearing pro se, filed a complaint and an application to proceed in forma pauperis in this action. The Court has made several attempts to obtain Plaintiff's consent or declination to proceed before a United States Magistrate Judge. Because the necessary consents have not been secured, the Clerk of this Court will now randomly reassign this case to a United States District Judge.

Any matters presently set before the undersigned Magistrate Judge will be taken off calendar and new dates will be set before the reassigned District Judge.

**IT IS SO ORDERED.**

Dated: July 6, 2012

DONNA M. RYU
United States Magistrate Judge