IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, | No. CV 12-01732 YGR |
| Plaintiff, | **ORDER WITHDRAWING ORDER FOR REASSIGNMENT** |
| v. | |
| PAUL PAYNE, et al., | |
| Defendants. / | |

On July 6, 2012, the court ordered that this action be reassigned to a United States District Judge for lack of consent after making several attempts to obtain Plaintiff's consent or declination to proceed before a United States Magistrate Judge. On July 11, 2012, the court received Plaintiff's consent to proceed before a Magistrate Judge in this action, dated June 29, 2012. Having obtained Plaintiff's written consent, the court WITHDRAWS its order for reassignment.

The Clerk is directed to reassign this matter to the undersigned Magistrate Judge and reset case management deadlines and hearings accordingly.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge