UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, et al., | No. C 12-01732 DMR |
| Plaintiffs, | **ORDER ON DEFENDANTS' SEPTEMBER 13, 2012 LETTER** |
| v. | |
| PAUL PAYNE, et al., | |
| Defendants. | |

The court is in receipt of Defendants' September 13, 2012 letter in which Defendants ask the court to continue the October 17, 2012 Case Management Conference and vacate the parties' Rule 26 obligations, in light of a special motion to strike that Defendants anticipate filing. [Docket No. 26.] The court reminds Defendants that such a request should have been made through a properly-noticed administrative motion pursuant to Civil Local Rule 7-11. The court declines to continue the deadlines in this case based solely upon the representation by a party that it is planning to file a motion at some unspecified time, and that the party believes the motion will be successful and dispositive of the case. Should the court determine that an adjustment in the case schedule is appropriate upon the filing of any motion by either party, the court will issue an order to that effect.

IT IS SO ORDERED.

Dated: September 21, 2012



_____
DONNA M. RYU
United States Magistrate Judge