1  THOMAS R. BURKE (State Bar No. 141930)
   JEFF GLASSER (State Bar No. 252596)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111-6533
4  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
5  Email:       thomasburke@dwt.com; jeffglasser@dwt.com

6  Attorneys for THE PRESS DEMOCRAT DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH n Behalf of herself and her minor child Zeus Harrison Smith,<br><br>Plaintiff(s),<br><br>v.<br><br>PAUL PAYNE and the SANTA ROSA PRESS DEMOCRAT,<br><br>Defendant(s). | Case No. **CV12-01732-DMR**<br>Assigned to the Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING THE PRESS DEMOCRAT DEFENDANTS' ADMINISTRATIVE MOTION (LOCAL RULE 7-11) TO CONTINUE OCTOBER 17, 2012 CASE MANAGEMENT CONFERENCE AND RULE 26 OBLIGATIONS UNTIL AFTER THE COURT RULES ON THE PRESS DEMOCRAT DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT** |

Having reviewed The Press Democrat Defendants' administrative motion and good cause appearing therefore, the Court hereby orders as follows:

1. In light of the pending special motion to strike Plaintiffs Gwendolyn Smith and Zeus Harrison Smith's Complaint (Code of Civil Procedure Section 425.16(c)), the case management conference current scheduled for October 17, 2012 is taken off calendar. The court will schedule a case management conference 21 days after the resolution of The Press Democrat Defendants' Special Motion to Strike Plaintiffs' Complaint, if necessary.

2. The parties' Rule 26(c) obligations, including initial disclosures, are vacated until 30 days after the Special Motion to Strike is decided, if necessary.

DATED: October 12, 2012

_____
Hon. Donna M. Ryu
United States Magistrate Judge



2

[PROPOSED] ORDER
Case No. CV12-01732-DMR
DWT 20502930v1 0059240-000002