THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:        thomasburke@dwt.com; jeffglasser@dwt.com

Attorneys for THE PRESS DEMOCRAT DEFENDANTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH n Behalf of herself and her minor child Zeus Harrison Smith,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>PAUL PAYNE and the SANTA ROSA PRESS DEMOCRAT,<br><br>                    Defendant(s). | Case No. **CV12-01732-DMR**<br>Assigned to the Hon. Donna M. Ryu<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON THE PRESS DEMOCRAT DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT (C.C.P. § 425.16) AND REQUEST FOR JUDICIAL NOTICE TO DECEMBER 20, 2012 AND TO SET BRIEFING SCHEDULE WITH NOVEMBER 15, 2012 DEADLINE FOR PLAINTIFFS' OPPOSITION AND DECEMBER 6, 2012 DEADLINE FOR DEFENDANTS' REPLY**<br><br>AND ORDER AS MODIFIED |

1

JOINT STIPULATION & [PROPOSED] ORDER
Case No. CV12-01732-DMR
DWT 20559212v1 0059240-000002

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

1    Plaintiffs Gwendolyn Smith and Zeus Harrison Smith, appearing *in pro per*, and

2  defendants Paul Payne and Halifax California, LLC dba The Press Democrat (incorrectly sued as

3  the "Santa Rosa Press Democrat") (the "Press Democrat Defendants"), by and through their

4  counsel of record, HEREBY STIPULATE to the following:

5    WHEREAS, on October 11, 2012, the Press Democrat Defendants filed a Special Motion

6  to Strike Plaintiffs' Complaint, a Request for Judicial Notice, and supporting papers with a noticed

7  hearing date of November 29, 2012;

8    WHEREAS, Plaintiffs have a conflict with the November 29, 2012 hearing date and have

9  asked to move it to December 20, 2012 at 11:00 a.m.;

10    WHEREAS, the parties have agreed to a briefing schedule whereby Plaintiffs' Opposition

11  would be due by November 15 and the Press Democrat's Reply would be due by December 6;

12    NOW, THEREFORE, the parties do hereby stipulate, and they request that this Court

13  order, the following:

14    1.    Plaintiffs' Opposition will be due by November 15, 2012.  Plaintiffs shall file with

15  the Court the Opposition and any related papers and shall serve the Opposition and any related

16  papers to the following email addresses – thomasburke@dwt.com; jeffglasser@dwt.com – by

17  November 15.

18    2.    The Press Democrat Defendants' Reply will be due by December 6, 2012.

19  Defendants shall file with the Court the Reply and any related papers and shall serve the Reply

20  and any related papers to the following email address – juredoc@gmail.com – by December 6,

21  2012.

22    3.    The hearing on The Press Democrats' Special Motion to Strike and Request for

23  ///

24  ///

25  ///

26

27

28

2

1   Judicial Notice, which is currently scheduled for November 29, 2012 at 11 a.m., is continued to

2   December 20, 2012 at 11 a.m. in Courtroom 4 of the Oakland Courthouse.

3   DATED:  October 24, 2012

4                                                               By:   /s/ Gwendolyn Smith

5                                                                          Gwendolyn Smith

6                                                               Plaintiffs *In Pro Per*

7

8   DATED:  October 24, 2012                   DAVIS  WRIGHT  TREMAINE  LLP

9                                                               By:   /s/ Thomas R. Burke

                                                                          Thomas R. Burke
10

11                                                              Attorneys for The Press Democrat Defendants

12
    **Pursuant to Stipulation, It Is So Ordered:** AS MODIFIED AS FOLLOWS: Plaintiffs'
13  Opposition is due by Nov. 9, 2012.  Any reply is due by Nov. 21, 2012.

14  DATE: _Oct. 25, 2012_        _____

15                                              Hon. Donna M. Ryu
                                                United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION & [PROPOSED] ORDER
Case No. CV12-01732-DMR
DWT 20559212v1 0059240-000002

DAVIS WRIGHT TREMAINE LLP