

Gwendolyn Smith
4207 S.E. Woodstock Blvd., #107
Portland, OR 97206

CV12-01732-DMR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL LAW & MOTION MINUTE ORDER

CASE NO.  C 12-01732 DMR

CASE NAME:  GWENDOLYN SMITH v. PAUL PAYNE

MAGISTRATE JUDGE DONNA M. RYU          COURTROOM DEPUTY: Ivy Garcia

DATE: December 20, 2012     TIME: 12:01-12:31     COURT REPORTER: Julie Ralston

COUNSEL FOR PLAINTIFF:                COUNSEL FOR DEFENDANT:
Gwendolyn Smith, pro se                Jeffrey Glasser
Zeus Smith, pro se                     Thomas Burke

PROCEEDINGS:                                          RULING:

1. Defendants' Special Motion to Strike               TAKEN UNDER SUBMISSION
2. Plaintiffs' ex parte Application to Continue Hearing   TAKEN UNDER SUBMISSION
     on Motion to Strike

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:        [] Plaintiff     [] Defendant     [X] Court

CASE CONTINUED TO:

cc:        Chambers
* (T) = Telephonic Appearance

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH,

        Plaintiff,

v.

PAUL PAYNE et al,

        Defendants.

Case Number: CV12-01732 DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2012, I SERVED a true and correct copy of the Civil Law and Motion Minute Order, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Gwendolyn Smith
Zeus Smith
4207 S.E. Woodstock Blvd., #107
Portland, OR 97206

Dated: December 20, 2012

                                            Richard W. Wieking, Clerk

                                            By: Ivy Garcia, Deputy Clerk