**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, *et al.*, | No. C-12-01732 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| PAUL PAYNE, *et al.*, | |
| Defendants. | |
| _____/ | |

Defendants have filed a motion for attorneys' fees.  [Docket No. 58.]  Currently, the motion is set for a court hearing on February 28, 2013.  According to the local Court rules, Plaintiffs should have filed any brief in opposition to Defendants' motion by January 23, 2013.  *See* N.D. Cal. Civ. L.R. 7-3.  The court has received no such opposition.

The court ORDERS <u>Plaintiffs to respond by February 14, 2013 and explain their failure to respond to the motion.  In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion</u>.  This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission.  If Plaintiffs' do not respond by February 14, 2013, Defendants' motion may be granted.

IT IS SO ORDERED.

Dated:  January 30, 2013



_____
DONNA M. RYU
United States Magistrate Judge