1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH, *et al.*,

       Plaintiffs,

  v.

PAUL PAYNE, *et al.*,

       Defendants.
_____/

No. C-12-01732 DMR

**AMENDED ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

      The court is in receipt of Plaintiffs' *ex parte* application to continue the hearing on Defendants' motion for attorneys' fees and the deadline for Plaintiffs' to file any opposition thereto. [Docket No. 70.] The court will treat Plaintiffs' application as a motion to enlarge time pursuant to Civil Local Rule 6-3. Having received no opposition to Plaintiffs' motion, the motion is granted. You are hereby notified that the hearing on the motion for attorneys' fees is set for **March 28, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week

prior to the scheduled hearing. Any opposition to Defendants' motion is due by no later than **March 8, 2013.** Any reply is due by no later than **March 15, 2013.**

IT IS SO ORDERED.

Dated: February 21, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2