1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH, *et al.*,

          Plaintiffs,

     v.

PAUL PAYNE, *et al.*,

          Defendants.

_____/

No. C-12-01732 DMR

**AMENDED ORDER CONTINUING
HEARING ON DEFENDANTS'
MOTION FOR ATTORNEYS' FEES**

     The court is in receipt of Plaintiffs' *ex parte* application to continue the hearing on

Defendants' motion for attorneys' fees and the deadline for Plaintiffs' to file any opposition thereto.

[Docket No. 70.]  The court will treat Plaintiffs' application as a motion to enlarge time pursuant to

Civil Local Rule 6-3.  Having received no opposition to Plaintiffs' motion, the motion is granted.

You are hereby notified that the hearing on the motion for attorneys' fees is set for **March 28, 2013**

**at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For

courtroom number and floor information, please check the Court's on-line calendar at

http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge

Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week

prior to the scheduled hearing.  Any opposition to Defendants' motion is due by no later than **March 8, 2013.**  Any reply is due by no later than **March 15, 2013.**

IT IS SO ORDERED.

Dated:  February 21, 2013



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California