UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PAUL PAYNE,<br><br>    Defendant(s).<br>_____/ | No. C-12-01732 DMR<br><br>**ORDER TAKING MOTION FOR ATTORNEYS' FEES UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendants' motion for attorneys' fees (Docket No. 58), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the March 28, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: March 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge